**Order entered June 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01345-CV

**ASHTON GROVE LC, W. DOW HAMM III CORP., ET AL., Appellants**

**V.**

**JACKSON WALKER L.L.P., Appellee**

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-07411

## ORDER

By order entered May 2, 2014, we abated this appeal for settlement purposes and directed the parties to file either a status report or motion to dismiss by June 9, 2014. On May 28, 2014, the parties filed a motion to dismiss. Accordingly, we **REINSTATE** the appeal. The motion to dismiss is being determined separately.

/s/     MOLLY FRANCIS
           JUSTICE